UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| JANICE HARDY, | : Case No. 3:17-cv-109 |
| Plaintiff, | : District Judge Walter H. Rice |
| | : Magistrate Judge Sharon L. Ovington |
| vs. | : |
| NANCY A. BERRYHILL, COMMISSIONER OF SOCIAL SECURITY, | : |
| Defendant. | : |

## DECISION AND ENTRY

This social security case is presently before the Court on the parties' Joint Motion to Remand. (Doc. #9). The parties hereby stipulate and petition this Court to order remand of this case for further administrative proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g) and to enter judgment pursuant to Federal Rule of Civil Procedure 58.

Upon remand, the Appeals Council will vacate all findings in the Administrative Law Judge's decision, and remand the matter to an Administrative Law Judge, who will (1) offer Plaintiff the opportunity to submit further evidence and the opportunity for a new hearing; (2) consider all the opinions in the record in accordance with the regulations; and (3) explain the basis for the residual functional capacity finding, and otherwise complete the sequential evaluation process.

## IT IS THEREFORE ORDERED THAT:

1. The parties' Joint Motion to Remand (Doc. #9) is **ACCEPTED**;

2. The Clerk of Court is directed to enter Judgment in Plaintiff's favor under Fed. R. Civ. P. 58;

3. This matter is **REMANDED** to the Social Security Administration, pursuant to sentence four of 42 U.S.C. § 405(g), for further consideration consistent with this Decision and Entry and the parties' stipulation; and

4. The case is terminated on the docket of this Court.

**IT IS SO ORDERED.**

Date:  9-20-17

Walter H. Rice
United States District Judge